# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Harold Skipper,

    Plaintiff(s),

vs.

Cobb-Vantress, Inc.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-76

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2007 Order.

**Signed: March 27, 2007**

Frank G. Johns, Clerk
United States District Court